FILED

07/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0404



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-004

IN RE THE NAME CHANGE OF BOBBY
FRANCIS LOWRY, V.,

        Petitioner,

v.

STATE OF MONTANA,

        Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

DATED July 5th, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court